O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>POLICE CHIEF, et al.,<br><br>　　　　　Defendants. | Case No.  CV 09-2849-PA (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: October 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE