JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, | Case No. CV 09-2849-PA (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| POLICE CHIEF, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 4, 2009

_[signature]_

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE